Michael R. Lozeau (State Bar No. 142893)
Brian B. Flynn (State Bar No. 314005)
E-mail: michael@lozeaudrury.com
        brian@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Attorneys for Plaintiff
THE CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NMI INDUSTRIAL HOLDINGS, INC., a California corporation,<br><br>Defendant. | Case No.  2:19-cv-02580-TLN-DB<br><br>STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

WHEREAS, on December 20, 2019, Plaintiff, The California Sportfishing Protection Alliance ("Plaintiff"), filed its Complaint for Declaratory and Injunctive Relief and Civil Penalties alleging violations of the Clean Water Act by Defendant, NMI Industrial Holdings, Inc. ("Defendant");

WHEREAS, on December 23, 2019, this Court issued its Initial Pretrial

STIPULATION AND ORDER TO                 1
MODIFY INITIAL PRETRIAL SCHEDULING ORDER

Scheduling Order ("Scheduling Order");

WHEREAS, the Scheduling Order required that "[a]ll discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court";

WHEREAS, on May 18, 2020, Defendant filed its answer with the Court;

WHEREAS, the current deadline to complete discovery, with the exception of expert discovery, is January 13, 2021;

WHEREAS, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Scheduling Order may only be modified by leave of court upon a showing of good cause;

WHEREAS, Plaintiff and Defendant (collectively, "Parties") have to date engaged in good-faith settlement negotiations;

WHEREAS, the Parties have come to agreement on all substantive settlement terms except for attorneys fees, costs, and mitigation payments;

WHEREAS, the Parties are actively engaged in settlement discussions to resolve the remaining monetary issues;

WHEREAS, the Parties have engaged and continue to engage in settlement discussions in light of the delays and difficulties resulting from COVID-19;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The Parties respectfully request that the Court modify its Initial Pretrial Scheduling Order in order to provide the Parties an opportunity to finalize the settlement without incurring additional costs and expenses necessary to complete discovery by the existing cut-off deadline;

2. The Parties respectfully request that the Court extend the deadline for completion of discovery by ninety (90) days such that all discovery, with the exception of expert discovery, shall be completed by April 13, 2021.

Dated: December  8 , 2020          LOZEAU DRURY LLP

*/s/ Brian B. Flynn*
Brian B. Flynn
Attorneys for The California Sportfishing Protection Alliance

Dated: December   7  , 2020        HARRISON TEMBLADOR HUNGERFORD & JOHNSON

/s/ Tiffany Michou
Tiffany Michou
Attorneys for NMI, Industrial Holdings Inc.

**ORDER**

IT IS SO ORDERED.

Dated: December 8, 2020

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO              3
MODIFY INITIAL PRETRIAL SCHEDULING ORDER