UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NMI INDUSTRIAL HOLDINGS, INC., a California corporation,<br><br>Defendant. | Case No. 2:19-cv-02580-TLN-DB<br><br>**ORDER TO STAY PROCEEDINGS** |

**ORDER**

IT IS HEREBY ORDERED that all existing deadlines and obligations in this matter shall be stayed due to the parties' Notice of Settlement and Stipulation to Stay Proceedings filed January 29, 2021. The Court hereby sets April 1, 2021, as the deadline for the filing of a Stipulation to Dismiss with Prejudice and [Proposed] Order thereon, or other appropriate Notice regarding the status of the Proposed Settlement Agreement.

Dated:  January 29, 2021

Troy L. Nunley
United States District Judge

1