1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California nonprofit corporation, | Case No. 2:19-cv-02580-TLN-DB |
|---|---|
| Plaintiff, | ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT |
| vs. | |
| NMI INDUSTRIAL HOLDINGS, INC., a California corporation, | |
| Defendant. | |

19

### ORDER

20      Good cause appearing, and the parties having stipulated and agreed,

21      IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure

22 41(a)(2), THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE's claims

23 as to NMI INDUSTRIAL HOLDINGS, INC., as set forth in the Notice and

24 Complaint, are dismissed with prejudice.

25      IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this

26 matter for purposes of dispute resolution and enforcement of the Settlement

27 Agreement attached to the parties' Stipulation to Dismiss as Exhibit 1.

28 //

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated: March 31, 2021

4

5                                              Troy L. Nunley
6                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28